UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                    CR. No. S-05-168-EJG

JOHN MARVIN BALLARD,

    Defendant.
_____/   RELATED CASE ORDER

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                    CR. No. S-99-050-DFL

JOHN MARVIN BALLARD,

    Defendants.
_____/

    Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 83-123, (E.D. Cal. 2005).

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are

1  assigned to the same judge; no consolidation of the actions is
2  effected.  Under the regular practice of this court, related
3  cases are generally assigned to the judge to whom the first
4  filed action was assigned.
5      IT IS THEREFORE ORDERED that the action denominated CR.
6  NO. 05-168-EJG is reassigned to Judge David F. Levi for all
7  further proceedings.  Henceforth the caption on all documents
8  filed in the reassigned case shall be shown as CR. NO. 05-168-
9  DFL.
10     IT IS FURTHER ORDERED that the Clerk of the Court make
11 appropriate adjustment in the assignment of criminal cases to
12 compensate for this reassignment.

DATED: 6/2/2005

_____
DAVID F. LEVI
United States District Judge