McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>              Plaintiff,  )<br>         v.                  )<br>                              )<br>JOHN MARVIN BALLARD,          )<br>                              )<br>              Defendant.     )<br>_____) | CR. S-05-168 DFL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DISCOVERY**<br><br>Date:  July 25, 2005<br>Time:  2:00 p.m.<br>Court: Hon. Kimberly J. Mueller |

On July 25, 2005, at 2:00 p.m., in the above-entitled Court, plaintiff United States of America's motion for reciprocal and continuing discovery from defendant John Marvin Ballard, brought under Federal Rule of Criminal Procedure 16(b) and (c), came on for hearing. Assistant United States Attorney Samuel Wong appeared for the United States. Jan Karowsky, Esq., appeared on behalf of Mr. Ballard, who was not present.

Mr. Karowsky represented to the Court that he had consulted with Mr. Ballard and Mr. Ballard expressly waived his right to attend the hearing. Mr. Karowsky advised the Court that he would obtain and file within two days a written waiver of appearance from Mr. Ballard with respect to the hearing; the

1

1  waiver has now been filed.
2       Mr. Karowsky advised the Court that Mr. Ballard had no
3  opposition to the United States' discovery motion or the Court's
4  issuing an order granting the motion.
5       Based on the foregoing and good cause appearing
6  therefrom, the Court hereby grants the United States' discovery
7  motion.  It is hereby ordered that Mr. Ballard shall provide
8  reciprocal discovery to the United States within seven days of
9  the date of the Court's order.  Fed.R.Crim.P. 16(b).  The Court
10 further orders that Mr. Ballard shall provide continuing
11 discovery as required by Federal Rule of Criminal Procedure
12 16(c).

14 Dated: July 27, 2005.

16                        _____
                         UNITED STATES MAGISTRATE JUDGE