**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
Telephone:  (916) 447-1134
Facsimile:   (916) 448-0265
Email:         KarowskyLaw@sbcglobal.net

OK/HAV

Attorney for Defendant
John Marvin Ballard

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.:  Cr.S-05-0168-DFL |
| Plaintiff, | **ORDER VACATING CURRENT MOTION SCHEDULE, TRIAL CONFIRMATION HEARING AND TRIAL DATE AND SETTING NEW SCHEDULE AND DATES** |
| vs. | |
| John Marvin Ballard, | |
| Defendant | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the current briefing schedule, with a hearing set on September 8, 2005, the current trial confirmation hearing, now set on September 15, 2005, and the jury trial, now set for September 26, 2005 at 9:00 a.m. are hereby vacated.

**IT IS FURTEHR ORDERED** that a new briefing schedule, trial status conference and trial date shall be as follows:

| | |
|---|---|
| September 6, 2005 | Defendant's opening brief to suppress statements due |
| September 29, 2005 | Government's responses on both of defendant's motions due |

| | |
|---|---|
| October 6, 2005 | Defendant's replies due |
| October 13, 2005 | Hearing on defendant's motions and TCH |
| November 7, 2005 | Jury Trial |

The Court orders that time from the filing of John Ballard's motion to dismiss the Indictment on July 24, 2005, to and including the hearing date on defendant's motions on October 13, 2004, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code E pertaining to filed pretrial motions until their disposition.  The Court also orders that time from October 13, 2005, to and including November 7, 2005, shall also be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 to give counsel for defendant reasonable time to prepare for trial.

The Court finds that the failure to grant a continuance in this case would deny John Ballard's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and John Ballard in a speedy trial.

**IT IS SO ORDERED.**

DATED: 8/25/2005

_____

DAVID F. LEVI

United States District Judge