**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
Telephone:  (916) 447-1134
Facsimile:   (916) 448-0265
Email:        KarowskyLaw@sbcglobal.net

Attorney for Defendant
John Marvin Ballard

OK/HAV

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: Cr.S-05-0168-DFL |
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| vs. | ) **STATUS CONFERENCE, AND ORDER** |
| | ) **THEREON** |
| John Marvin Ballard, | ) |
| Defendant | ) |

## PROCEDURAL AND FACTUAL BACKGROUND

Counsel for the Defendant has just received supplemental discovery from the Government.  Counsel for the Defendant needs significant additional time to organize, investigate, and prepare this case.  Therefore, it is requested that the Status Conference set for August 10, 2006 at 10:00 a.m. be continued to September 14, 2006 at 10:00 a.m..  I have spoken to the prosecuting AUSA, Samuel Wong, who has no opposition to this request.  In fact, he has agreed that I may sign his name to the request.

# STIPULATION

Plaintiff, United States, and Defendant, John Ballard, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for the Status Conference from August 10, 2006 to September 14, 2006 at 10:00 a.m..  The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of July 28, 2006, the date on which the defendant will be arraigned on a new Indictment, Cr.S-0283-MCE, to September 14, 2006, the new Status Conference date, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4 in order to give Counsel for the Defendant reasonable time to prepare.

IT IS SO STIPULATED.

DATED:      July 25, 2006               McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Samuel Wong, Esq. by
                                        by Jan David Karowsky w/
                                        Mr. Wong's approval
                                   by
                                        Samuel Wong
                                        Assistant U.S. Attorney
                                        by Jan David Karowsky


DATED:      July 25, 2006               JAN DAVID KAROWSKY
                                        Attorney at Law
                                        A Professional Corporation

                                        /s/ Jan David Karowsky, Esq.
                                   by
                                        JAN DAVID KAROWSKY
                                        Attorney for Defendant
                                        John Ballard

I concur in the above requests to vacate the status conference now set for August 10, 2006, to continue it to September 14, 2006, and to exclude time under the Speedy Trial Act, as detailed above.

Dated: July 25, 2006          /s/ John Ballard
                              John Ballard

## ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: July 25, 2006

             /s/ David F. Levi
             DAVID F. LEVI
             United States District Judge