**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
Telephone: (916) 447-1134
Facsimile:  (916) 448-0265
Email:        KarowskyLaw@sbcglobal.net

Attorney for Defendant
John Marvin Ballard

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    vs.<br><br>John Marvin Ballard,<br><br>        Defendant | Case No.: Cr.S-05-0168-DFL<br><br>**STIPULATION TO REQUEST COURT ORDER TO ALLOW U.S. PROBATION TO RELEASE CERTAIN RELEVANT RECORDS TO COUNSEL FOR BOTH PARTIES** |

## PROCEDURAL AND FACTUAL BACKGROUND

Counsel for John Ballard is conducting certain investigation.  In order to accomplish the investigation in an effective manner, counsel needs certain records which the U.S. Probation Office has in its possession, gathered in preparation of the latest Pre-Sentence Report.  Counsel for John Ballard has spoken to Supervising Probation Officer Karen Meusling regarding the release of these documents so that counsel for Mr. Ballard does not have to make separate, duplicative requests for records which are currently available.  Ms. Meusling indicated she was

agreeable to release these records, as detailed below, to counsel for Mr. Ballard, but could not do so without a Court order allowing her to do so.

Counsel for Mr. Ballard has contacted AUSA Samuel Wong, the prosecuting attorney in the instant case, who agrees to the release of the records so long as he is provided a copy. Counsel for Mr. Ballard agrees to have a separate set of records released to Mr. Wong.

## STIPULATION

Plaintiff, United States, and Defendant, John Ballard, through their undersigned counsel, hereby stipulate and agree and request that the Court issue an Order to the U.S. Probation Office for the Eastern District of California, directing that office to prepare and turn over to counsel for both parties the following documents which pertain to John Ballard:

- Northern District of Oklahoma presentence report for 1986 conviction.
- 1995 automated records from LA County which shows original arrest for stalking and the plea agreement for the FTAs and stalking to be dismissed.
- Information by way of collateral assistance obtained from Central District of CA probation office.
- Court records (automated) from LA County regarding 1995 arrest.
- 1985 Criminal Complaint.
- 1986 ND/OK "Defense Memorandum in Aid of Sentencing."

**IT IS SO STIPULATED.**

DATED:     August 18, 2006            McGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ Samuel Wong, Esq. by
                                       by Jan David Karowsky w/
                                       Mr. Wong's approval
                            by
                                       Samuel Wong
                                       Assistant U.S. Attorney
                                       by Jan David Karowsky


DATED:     August 18, 2006            JAN DAVID KAROWSKY
                                       Attorney at Law
                                       A Professional Corporation

                                       /s/ Jan David Karowsky, Esq.
                            by
                                       JAN DAVID KAROWSKY
                                       Attorney for Defendant
                                       John Ballard

## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that the U.S. Probation Office for the Eastern District of California release a copy of the following records, in their possession, to counsel for both parties to the instant action:

- Northern District of Oklahoma presentence report for 1986 conviction.
- 1995 automated records from LA County which shows original arrest for stalking and the plea agreement for the FTAs and stalking to be dismissed.
- Information by way of collateral assistance obtained from Central District of CA probation office.

- Court records (automated) from LA County regarding 1995 arrest.
- 1985 Criminal Complaint.
- 1986 ND/OK "Defense Memorandum in Aid of Sentencing."

**IT IS SO ORDERED**

Dated:  8/17/2006

_____
DAVID F. LEVI
United States District Judge