**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
(916) 447-1134
(916) 448-0265 (Fax)

OK/HAV

Attorney for Defendant
John Ballard

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,        )<br>                                              )<br>          Plaintiff,                    )<br>                                              )<br>     vs.                                   )<br>                                              )<br> John Ballard                            )<br>                                              )<br>          Defendant                   )<br>                                              )<br>                                              )<br>                                              )<br>                                              ) | Case No.:  Cr.S-05-168-DFL<br>                   Cr.S-06-823-DFL<br><br>**ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:  September 14, 2006<br>TIME:   10:00 a.m.<br>JUDGE:  David F. Levi, Chief Judge |

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

/////

/////

/////

- 1 -

1  Based on these findings and pursuant to the stipulation of the parties, the Court hereby
2  adopts the stipulation of the parties in its entirety as its order and continues the matter to
3  September 28, 2006 at 10:00 a.m..
4  .
5  **IT IS SO ORDERED.**
6
7  Dated: September 12, 2006
                                  /s/ David F. Levi_____
8                                 David F. Levi
                                  Chief Judge
9                                 United States District Court