**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
Telephone: (916) 447-1134
Facsimile: (916) 448-0265
Email:     KarowskyLaw@sbcglobal.net

Attorney for Defendant
John Marvin Ballard

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,          ) | Case No.: Cr.S-05-0168-DFL and |
|                                    ) | Cr.S-06-0283-DFL |
| Plaintiff,     ) | |
|                                    ) | **ORDER** |
| vs.                                ) | |
|                                    ) | |
| John Marvin Ballard,               ) | |
|                                    ) | |
| Defendant      ) | |
|                                    ) | |

## ORDER

Based on the above stipulation, and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that both the current briefing schedule and the hearing on John Ballard's motion, now set for December 14, 2006 are hereby vacated. An appearance shall be made on December 14, 2006 which shall be used as a status conference. The Court further orders that, for Speedy Trial Act purposes, John Ballard's Motion to Dismiss, which was filed on October 26, 2006, be

- 1 -

1 left on file until either the pending cases are resolved or a new, reasonable briefing schedule and
2 hearing date are set.

3      The Court finds that the ends of justice to be served by granting a continuance outweigh
4 the best interests of the public and the defendant in a speedy trial. The Court further orders that
5 time shall be excluded from the Speedy Trial Act calculation from the date of October 26, 2006,
6 the date defendant's Motion to Dismiss was filed, to at least December 14, 2006, the date re-set
7 as a status conference, pursuant to both 18 U.S.C. § 3161 (h)(1)(F), pretrial motions pending,
8 and 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4 in order to give Counsel for the Defendant
9 reasonable time to prepare and to attempt to resolve both cases.

10 **IT IS SO ORDERED -   November 15, 2006**

        /s/ David F. Levi
        **DAVID F. LEVI, Chief Judge**
        **United States District Court**