**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
John Ballard

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.:Cr.S-05-168-DFL |
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE STATUS CONFERENCE** |
| John Ballard | |
| Defendant | **DATE:  March 15, 2007**<br>**TIME:  10:00 a.m.**<br>**JUDGE:  David F. Levi, Chief Judge** |

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

/////

/////

/////

- 1 -

1  Based on these findings and pursuant to the stipulation of the parties, the Court hereby
2  adopts the stipulation of the parties in its entirety as its order and the matter is continued to
3  March 29, 2007 at 10:00 a.m.
4  **IT IS SO ORDERED.**

Dated: March 12, 2007

/s/ David F. Levi_____
David F. Levi
Chief Judge
United States District Court