McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>           Plaintiff,             )<br>                                  )<br>           v.                    )<br>                                  )<br>JOHN BALLARD,                     )<br>                                  )<br>           Defendant.            )<br>                                  )<br>_____ | NO. CRS-05-168 DLJ<br>NO. CRS-06-283 DLJ<br><br>STIPULATION AND ORDER ADJUSTING<br>BRIEFING SCHEDULE<br><br><br>Court:  Hon. D. Lowell Jensen |

   Whereas, counsel for plaintiff United States of America has been very busy involved in preparation for two separate trials, back-to-back, in other cases and desires additional time to respond to defendant John Ballard's pretrial motions,

   It is hereby stipulated by and between the parties hereto, through their respective counsel, that the presently set briefing schedule for Ballard's pretrial motions shall be adjusted as follows:

   1.   The United States shall file its responses to defendant's motions on or before July 10, 2007.

   2.   Defendant's reply memoranda, if any, in support of his

motions shall be due on or before July 24, 2007.

    3.   The July 31, 2007, non-evidentiary hearing on defendant's motions shall remain as presently set at 9:00 a.m.

```
                                Respectfully submitted,

Dated:  July 3, 2007            McGREGOR W. SCOTT
                                United States Attorney

                                /s/  Samuel Wong
                        By:     _____
                                SAMUEL WONG
                                Assistant U.S. Attorney


                                /s/ Jan Karowsky
Dated:  July 3, 2007            _____
                                JAN KAROWSKY
                                Attorney for defendant
                                JOHN BALLARD
                                (per telephone authorization)
```

_____

ORDER

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

```
Dated:  July 5, 2007            _____
                                D. LOWELL JENSEN
                                United States District Judge
```