**JAN DAVID KAROWSKY**
**Attorney at Law**
**A Professional Corporation**
**California State Bar Number 53854**
**716 19th Street, Suite 100**
**Sacramento, CA 95814-0710**
**(916) 447-1134**
**(916) 448-0265 (Fax)**

**Attorney for Defendant**
**John Ballard**

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>John Ballard,<br><br>　　　　Defendant. | Case No.:  Cr.S-05-168-<br>　　　　　　　Cr.S-06-823-DLJ<br><br>**ORDER TO CONTINUE JURY TRIAL**<br><br>DATE:　July 31, 2007<br>TIME:　　11:00 a.m.<br><br>JUDGE: Hon. D. Lowell Jensen |

　　　　Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

　　　　Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

- 1 -

1     **IT IS SO ORDERED.**

2

3     **Dated: July 5, 2007**

                                             **D. Lowell Jensen**
4                                              **United States District Court**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25