McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>     v.                           )<br>                                  )<br>JOHN BALLARD,                     )<br>                                  )<br>            Defendant.            )<br>                                  )<br>_____ | NO. CRS-05-168 DLJ<br>NO. CRS-06-283 DLJ<br><br>STIPULATION AND ORDER VACATING<br>TRIAL DATE AND STAYING SUPERVISED<br>RELEASE REVOCATION PROCEEDINGS<br><br>Court:  Hon. D. Lowell Jensen |

Whereas, plaintiff United States of America anticipates seeking a superseding indictment in No. CRS-06-283 DLJ which would modify the false statement charges against defendant John Ballard in this case;

Whereas, counsel for defendant Ballard desires additional time to consider the superseding indictment, conduct necessary legal research, perform investigative work, and prepare Ballard's defenses; and

Whereas, the parties continue to desire to stay the supervised release revocation proceedings in No. CRS-05-168 until resolution of the trial in No. CRS-06-283 DLJ,

1

It is hereby stipulated by and between the parties hereto, through their respective counsel, that:

1. The Court vacate the presently set August 20, 2007, trial date.

2. The Court maintain the presently set August 7, 2007, at 11:00 a.m., status conference.

3. The Court stay the supervised release revocation proceedings in No. CRS-05-168 until resolution of the trial in No. CRS-06-283 DLJ.

Respectfully submitted,

Dated: August 3, 2007    McGREGOR W. SCOTT
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney


/s/ Jan Karowsky

Dated: August 3, 2007
JAN KAROWSKY
Attorney for defendant
JOHN BALLARD
(per telephone authorization)

_____

ORDER

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

Dated: August 6, 2007    /s/ D. Lowell Jensen
D. LOWELL JENSEN
United States District Judge

2