**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
John Ballard

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTIRCT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>John Ballard<br><br>　　　　Defendant | Case No.:　Cr.S-05-168-DLJ<br>　　　　　　Cr.S-06-283-DLJ<br><br>**DEFENDANT'S AGREEMENT TO EXCLUDE TIME TO DATE SET FOR JURY TRIAL**<br><br>**Date**:　**January 7, 2008**<br>**Time:　2:00 p.m.**<br>**Judge:　D. Lowell Jensen** |

　　　　A Status Conference was conducted regarding the above-entitled matters on January 7, 2008 at 2:00 p.m. in front of the Honorable D. Lowell Jensen.  Samuel Wong, A.U.S.A., appeared on behalf of the government.  Jan David Karowsky, Attorney at Law, appeared on behalf of the Defendant.  Defendant is in custody but did not appear.   Waivers of his appearance are on file.

　　　　Case number Cr.S-06-283-DLJ was set for jury trial on May 5, 2008 at 9:00 a.m. at the request of counsel for Defendant with Case number Cr.S-05-168-DLJ stayed pending the completion of the jury trial.  Counsel for Mr. Ballard is currently in trial in the case of U.S. v. Labrecque, et.al., Cr.S-03-384-WBS in front of The Honorable William B. Shubb.  That case is

estimated to be in trial at least through the middle of March, 2008.  Counsel indicated that May 5, 2008 is the earliest date his trial calendar can accommodate for a jury trial, in that after the conclusion of the trial in which he is currently involved, he will need a reasonable amount of time to prepare for this trial.

Defendant John Ballard is aware that under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq., he is entitled to a trial within seventy days from the filing date of the Indictment, or from the date the defendant has appeared before the judicial officer of the court in which such charge is pending, whichever date last occurs, unless time is excluded from computation of time within which the trial of the case must be commenced as allowed for specific reasons set forth under the Speedy Trial Act.

Defendant is aware of all of the above.  Therefore, knowing all of the above and to assure continuity of counsel and to allow counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, defendant voluntarily agrees to exclude the time period from January 7, 2008, to and including the May 5, 2008, date set for jury trial, from computation of time within which the trial of this case must be commenced.

I concur in the above request to exclude time to the date of **May 5, 2008** under the Speedy Trial Act.

Dated:  January 8, 2008

John Ballard

**ORDER**

Case number Cr.S-06-283-DLJ is set for jury trial on **May 5, 2008**, with case number Cr.S-05-168-DLJ to be set subsequent to the completion of the trial of Cr.S-06-283.  Time under the Speedy Trial Act shall be excluded from January 7, 2008, through the date of **May 5, 2008,** pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T 4 for the reasons stated by the parties.  Additionally, the Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial and thus order time excluded from January 7, 2008, through **May 5, 2008** pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv)  and Local Code T 4.

**IT IS SO ORDERED**

Dated: January 10, 2008

_____
**D. LOWELL JENSEN**
JUDGE
UNITED STATES DISTRICT COURT