```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CRS-05-168 DLJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER VACATING |
| v. | ) | EVIDENTIARY HEARING DATE ON |
| | ) | DEFENDANT'S SUPERVISED RELEASE |
| JOHN BALLARD, | ) | REVOCATION PROCEEDINGS |
| | ) | |
| Defendant. | ) | Court:  Hon. John A. Mendez |
| | ) | |
| _____ | | |

   Whereas, there is an evidentiary hearing presently set for July 15, 2008, at 1:30 p.m., on the Petition for Warrant or Summons for Offender under Supervision filed on June 7, 2006;

   Whereas, the United States Probation Office filed a Superseding Petition for Warrant or Summons for Offender under Supervision on July 11, 2008, seeking the revocation defendant John Ballard's supervised release on amended charges;

   Whereas, counsel for defendant Ballard desires additional time to consider the superseding petition, conduct necessary legal research, perform investigative work, and prepare Ballard's

1

defenses before conducting the evidentiary hearing on the superseding petition,

It is hereby stipulated by and between the parties hereto, through their respective counsel, that:

1.  The Court vacate the presently set July 15, 2008, evidentiary hearing date.

Respectfully submitted,

Dated: July 11, 2008         McGREGOR W. SCOTT
                             United States Attorney

                        By:  /s/  Samuel Wong
                             _____
                             SAMUEL WONG
                             Assistant U.S. Attorney


                             /s/ Jan Karowsky
Dated: July 11, 2008         _____
                             JAN KAROWSKY
                             Attorney for defendant
                             JOHN BALLARD
                             (per telephone authorization)

_____

ORDER

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

Dated: July 11, 2008
                             /s/ John A. Mendez
                             HON. JOHN A. MENDEZ
                             United States District Judge

2