UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

# ORDER OF REASSIGNMENT

Pursuant to the Order of Designation of District Judge to Service in Another District within the Ninth Circuit, and good cause appearing therefore:

IT IS HEREBY ORDERED this action is reassigned from **Judge** John A. Mendez to **Judge** John C. Coughenour for all purposes.

The new case number for this action, which must be used on all future documents filed with the court, is: 2:05-cr-0168 JCC.

All dates currently set in this reassigned actions shall remain pending subject to further order of the court.

Dated:  **October 9, 2008**

/s/ Anthony W. Ishii
ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE