**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, ) | Case No.: Cr.S-05-168-JCC |
| ) | Case No.: Cr.S-06-283-JCC |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER TO CONTINUE** |
| ) | **SENTENCING** |
| John Marvin Ballard, ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |
| ) | |

**<u>ORDER</u>**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance of the date now set for sentencing in this case, February 17, 2009, at 9:00 a.m., would deny respective counsel for both parties reasonable time necessary for effective preparation and effective representation of counsel, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendant in sentencing on the date now set.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties as its order, with the following modification: The new sentencing date shall be <u>May 26, 2009, at 9:00 a.m</u>.

**IT IS SO ORDERED.**

Dated this 9th day of January, 2009.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE