IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                    No. CR S-05-168 JAM KJM P

  vs.

JOHN BALLARD,

      Movant.                        <u>ORDER</u>

/

        On December 22, 2008, the court dismissed movant's motion to vacate his sentence and a pleading, which movant styled a petition for a writ of habeas corpus under 28 U.S.C. § 2241, and gave him leave to file an amended motion to vacate his sentence. Movant has filed his amended motion.

        Movant asks generally that the judgment against him be vacated, set aside or corrected and in support of the request provides a numbered list of representations. It is not clear whether movant claims that each of these items is a reason for vacating the judgment or whether, combined, they simply provide background. Moreover, movant alleges he is being held based on a new criminal conviction and a supervised release violation, matters he cannot attack in the current motion.

/////

IT IS THEREFORE ORDERED that:

1. Movant's amended motion to vacate his sentence (docket no. 150) is dismissed;

2. Movant is given leave to file a second amended motion, due no later than thirty days from the date of this order. Failure to comply with this order will result in a recommendation that the action be dismissed;

3. The Clerk of the Court is directed to send movant the form for use in filing a § 2255 motion.

DATED: May 21, 2009.

_____
U.S. MAGISTRATE JUDGE

2

ball0168.dlta(2)