# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JOHN MARVIN BALLARD**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:05CR00168-01**<br><br>Jan D. Karowsky<br>716 19th Street, Suite 100<br>Sacramento, California 95814<br>Defendant's Attorney |

**THE DEFENDANT:**

[ ]   admitted guilt to violation of charge(s) ___ as alleged in the violation petition filed on ___.
[✔]   was found in violation of condition(s) of supervision as to charge(s) 1- 5 after denial of guilt, as alleged in the violation petition filed on June 7, 2006.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on February 17, 2006.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

05/26/2009
Date of Imposition of Sentence

*[signature]*
Signature of Judge

JOHN C. COUGHENOUR, United States District Judge
Name & Title of Judicial Officer

6/1/09
Date

AO 245D-CAED (Rev. 3/04) Judgment in a Criminal Case for Revocation Sheet 1

| | | Judgment - Page 2 of 3 |
|---|---|---|
| CASE NUMBER: | 2:05CR00168-01 | |
| DEFENDANT: | JOHN MARVIN BALLARD | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Failure to Follow Probation Officer's Instructions | 05/26/2006 |
| 2 | Failure to Follow Probation Officer's Instructions | 06/01/2006 |
| 3 | New Law Violation - False Statements | 05/30/2006 |
| 4 | New Law Violation - False Statements | 05/31/2006 |
| 5 | New Law Violation - False Statements | 06/01/2006 |

AO 245D-CAED (Rev. 3/04) Judgment in a Criminal Case for Revocation Sheet 1

CASE NUMBER: 2:05CR00168-01
DEFENDANT: JOHN MARVIN BALLARD

Judgment - Page 2 of 3

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment

CASE NUMBER:    2:05CR00168-01                                   Judgment - Page 3 of 3
DEFENDANT:      JOHN MARVIN BALLARD

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>24 months, to run concurrent to the sentence imposed in Docket Number 2:06-CR-00283-JCC.</u>

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before __ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.
       If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

       Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                            _____
                                                            UNITED STATES MARSHAL

                                                     By     _____
                                                            Deputy U.S. Marshal