IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,        No. CR S-05-0168 JAM KJM P

    vs.

JOHN MARVIN BALLARD,

    Movant.        <u>ORDER</u>

        /

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On June 30, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Movant has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 30, 2010, are adopted in full;

2. Respondent's motion to dismiss (docket no. 184) is granted;

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The clerk of the court is directed to close the companion civil case Civ. No. S-08-1176 JAM KJM P.

DATED:   September 21, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE